No. **CR-08 00372 RMW PVT**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

*SAN JOSE DIVISION*

FILED
2008 JUN -4 P 1:29
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

---

### THE UNITED STATES OF AMERICA
### vs.
### JAMIE GOANA JIMENEZ

---

## INDICTMENT

<u>COUNT ONE</u>: 8 U.S.C. Section 1326 - Illegal Re-Entry Following Deportation

---

*A true bill.*

_____
*Foreperson*

*Filed in open court this* __4__ *day of* __June__

*A.D. 2008*

_____
UNITED STATES MAGISTRATE JUDGE

*Bail. $* __No Bail Warrant__

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **SAN JOSE**

FILED

2008 JUN -4  P 1: 29

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**RMW**

UNITED STATES OF AMERICA,

V.

CR - 08 00372 PVT

DEFENDANT.

## INDICTMENT

A true bill.

_Ramona L Wills_
Foreman

Filed in open court this __4__ day of _June_ _2008_

_____
Clerk

Bail, $ _____

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

FILED

2008 JUN -4  P 1: 29

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR -08 00372 PVT |
| Plaintiff, | |
| v. | VIOLATION: 8 U.S.C. § 1326 – Illegal Re-Entry Following Deportation |
| JAMIE GOANA JIMENEZ, | |
| Defendant. | SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

On or about August 16, 2007, the defendant

JAMIE GOANA JIMENEZ,

an alien, previously having been arrested and deported from the United States on or about October 3, 1995 and May 5, 2003 was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly

//
//
//

INDICTMENT

1 | consented to a re-application by the defendant for admission into the United States, in violation of
2 | Title 8, United States Code, Section 1326.

DATED: 6/4/08

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: _____)
AUSA JEFFREY B. SCHENK

INDICTMENT

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

## OFFENSE CHARGED

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

**DEFENDANT - U.S.**

▶ JAMIE GOANA JIMENEZ

2008 JUN -4 P 1:29
RICHARD W. WIEKING
DISTRICT COURT CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CR - 08 - 00372 RMW PVT

## PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

**SHOW DOCKET NO.**

**MAGISTRATE CASE NO.**
07-70518 PVT

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☒ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)** JEFFREY B. SCHENK

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☒ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☒ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments: