1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GRANT P. FONDO  (181530)
   Assistant United States Attorney
5    150 Almaden Boulevard, Suite 900
     San Jose, CA 95113
6    Telephone: (408) 535-5061
     Fax:  (408) 535-5066                    ***E-FILED - 8/13/09***
7    E-Mail: grant.fondo@usdoj.gov

8  Attorneys for Plaintiff

9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN JOSE  DIVISION
12
   UNITED STATES OF AMERICA,        )    No.  08-00372 RMW
13                                  )
          Plaintiff,                )
14                                  )    NOTICE OF DISMISSAL
       v.                           )    & ORDER
15                                  )
   JAMIE GOANA JIMENEZ,             )
16                                  )
          Defendant.                )
17                                  )
                                    )
18

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20 United States Attorney for the Northern District of California dismisses the above indictment

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28
   NOTICE OF DISMISSAL
   CR 08-00372

1  without prejudice and moves that the Court quash the arrest warrant issued in connection with
2  the indictment in this case.

4  DATED: May 7, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
GRANT P. FONDO
Assistant United States Attorney

   Leave is granted to the government to dismiss the indictment. It is further ordered that the arrest warrant issued in connection with the indictment is quashed.

Date:  8/12/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

2